FILED

2026 Jul-16  PM 01:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## JASPER DIVISION

**HOLLIS CHADWICK SMITH,**
    Petitioner,

**v.**                                                    **Case No. 6:25-cv-1049-CLM-SGC**

**REOSHA BUTLER**,
    Respondent.

## MEMORANDUM OPINION

The magistrate judge has entered a report recommending that the court dismiss Petitioner Hollis Chadwick Smith's petition for writ of habeas corpus without prejudice because his petition is unexhausted. (Doc. 10). The court has received no objections to the magistrate judge's recommendation.

Having reviewed the record, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** her recommendation. Consistent with that recommendation, the court will **DISMISS** Smith's petition for writ of habeas corpus **WITHOUT PREJUDICE**.

Rule 11(a) of the Rules Governing Section 2254 Cases requires the court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. This court may issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To make such a showing, a "petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable and wrong," *Slack v. McDaniel*, 529 U.S. 473, 484 (2000), or that "the issues presented were adequate to deserve encouragement to proceed further," *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (internal quotations omitted). The court finds that Smith's claims satisfy neither standard, so the court will not grant Smith a certificate of appealability.

The court will enter a separate final order that carries out this ruling and closes this case.

**DONE** and **ORDERED** on July 16, 2026.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE